IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SHEILA SCHULZ,

        Plaintiff,　　　　　　　　　　JUDGMENT IN A CIVIL CASE

    v.　　　　　　　　　　　　　　　　　　Case No. 09-cv-298-wmc

GREEN COUNTY, WISCONSIN,

        Defendant.

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Green County, Wisconsin and this case is dismissed.


_____*Peter Oppeneer*_____      \_\_\_\_*5/19/10*\_\_\_\_
Peter Oppeneer, Clerk of Court              Date